TROY VILLAGE REALTY COMPANY AND SAUL TAXON v.
SPRINGFIELD TOWNSHIP OF UNION COUNTY,
NEW JERSEY.

March 13, 1984.

Petition for certification denied.

F.M.C. STORES CO. v. BOROUGH OF MORRIS PLAINS.

March 13, 1984.

ORDERED that the motion for leave to appeal is granted,
and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

STEPHEN C. VANNA, M.D. AND PAULA F. VANNA v.
NARNI R. GIRI, M.D.

March 13, 1984.

ORDERED that the motion for leave to appeal is granted,
and the order of the Superior Court, Law Division, denying the
*pro hac vice* admission application is summarily reversed.